NOTICE: NOT FOR OFFICIAL PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION IS NOT PRECEDENTIAL
AND MAY BE CITED ONLY AS AUTHORIZED BY RULE.

IN THE

# ARIZONA COURT OF APPEALS
## DIVISION ONE

STATE OF ARIZONA, *Respondent*,

*v.*

LEVI EULALIO MADRIGAL, *Petitioner*.

No. 1 CA-CR 23-0206 PRPC
FILED 12-12-2023

Petition for Review from the Superior Court in Yuma County
No. S1400CR201700005
The Honorable David M. Haws, Judge

**REVIEW GRANTED; RELIEF DENIED**

COUNSEL

Yuma County Attorney's Office, Yuma
By Charles Platt
*Counsel for Respondent*

DM Cantor, Phoenix
By Courtney R. Sullivan David E. Campbell
*Counsel for Petitioner*

## MEMORANDUM DECISION

Presiding Judge James B. Morse Jr., Judge Cynthia J. Bailey, and Judge Brian Y Furuya delivered the decision of the Court.

**PER CURIAM**:

**¶1**      Petitioner Levi Eulalio Madrigal seeks review of the superior court's order denying his petition for post-conviction relief, filed pursuant to Arizona Rule of Criminal Procedure 32.1. This is his first petition.

**¶2**      Absent an abuse of discretion or error of law, this court will not disturb a superior court's ruling on a petition for post-conviction relief. *State v. Gutierrez*, 229 Ariz. 573, 577, ¶ 19 (2012). It is petitioner's burden to show that the superior court abused its discretion by denying the petition for post-conviction relief. *See State v. Poblete*, 227 Ariz. 537, 538, ¶ 1 (App. 2011) (petitioner has burden of establishing abuse of discretion on review).

**¶3**      We have reviewed the record in this matter, the superior court's order denying the petition for post-conviction, petition for review, response, and reply. Petitioner has not established an abuse of discretion.

**¶4**      For the foregoing reasons, we grant review but deny relief.



AMY M. WOOD • Clerk of the Court
FILED:   AA